UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                :
DAVID P. CRUZ                                   :    NOT FOR PUBLICATION
                                                :
                    Plaintiff,                  :    ORDER
     v.                                         :    06-CV-6614 (CBA) (LB)
                                                :
NEW YORK CITY TAXI                              :
AND LIMOUSINE COMMISSION,                       :
                                                :
                    Defendant.                  :
                                                :
-----------------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE

      This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated October 22, 2007, recommending that this Court grant defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As no party has objected, the Court hereby adopts the Report and Recommendation of October 22, 2007 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case. In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from a judgment entered herein would not be taken in good faith and that *in forma pauperis* status should be denied for purpose of any appeal.

      SO ORDERED.

Dated:    Brooklyn, New York
            November 29, 2007

                                                  Carol Bagley Amon
                                                  United States District Judge